**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUALBERTO DOMINGUEZ, | NO. CV 12-10193-SVW (AS) |
| Petitioner, | |
| v. | JUDGMENT |
| GREG LEWIS, PBSP Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 2, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE